UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

VICTORIA VIKTOROVNA AQUILINA,

Defendant.

CRIMINAL NO. 26-20614

HON. Stephen J. Murphy, III

VIOLATION:

Voting by an Alien in a Federal Election (18 U.S.C. § 611(a))

---

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

18 U.S.C. § 611(a) – Voting by an Alien in a Federal Election

1. VICTORIA VIKTOROVNA AQUILINA is a Russian national.

2. VICTORIA VIKTOROVNA AQUILINA first entered the United States on or about October 3, 2005 on a J-1 visa (au pair program) under the name Victoria Viktorovna Apukhtina, using her Russian passport.

3. VICTORIA VIKTOROVNA AQUILINA never became a naturalized citizen of the United States.

4. On or about November 5, 2024, in the Eastern District of Michigan, Southern Division, the defendant, VICTORIA VIKTOROVNA AQUILINA, an alien in the United States, voted in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, and Member of the House of Representatives.

5. All in violation of Title 18, United States Code, Section 611(a).

JEROME F. GORGON JR.
United States Attorney

JOHN K. NEAL
Assistant United States Attorney
Chief, Anti-Corruption Unit

ERIN S. SHAW
Assistant United States Attorney

Dated: September 18, 2026

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number**<br>26-20614 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** ☒ **No** | **AUSA's Initials:** ESS |

**Case Title:** USA v. Victoria Viktorovna Aquilina

**County where offense occurred :** Oakland

**Check One:** ☐ **Felony** ☒ **Misdemeanor** ☐ **Petty**

____Indictment/ ✓ Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________________ **Judge:** ____________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 18, 2026
Date

s/Erin S. Shaw

Erin S. Shaw
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone:(313) 226-9182
Fax:
E-Mail address: erin.shaw@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.